FILED
CLERK, U.S. DISTRICT COURT

JAN 1 4 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRIN STACY JONES,<br><br>Plaintiff,<br><br>v.<br><br>DEPUTY A. HERNANDEZ, et al.,<br><br>Defendants. | NO. ED CV 09-944-JHN(E)<br><br>ORDER ADOPTING FINDINGS,<br>CONCLUSIONS AND RECOMMENDATIONS<br>OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that: (1) the Report and Recommendation of the Magistrate Judge is approved and adopted; and (2) Judgment shall be entered dismissing the action without prejudice.

///
///
///

IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of this Order and the Judgment of this date on Plaintiff.

DATED: _____1/13/10_____.

_____
JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRIN STACY JONES,<br><br>Plaintiff,<br><br>v.<br><br>DEPUTY A. HERNANDEZ, et al.,<br><br>Defendants. | NO. ED CV 09-944-FMC(E)<br><br>REPORT AND RECOMMENDATION OF<br>UNITED STATES MAGISTRATE JUDGE |

This Report and Recommendation is submitted to the Honorable Florence-Marie Cooper, United States District Judge, pursuant to 28 U.S.C. section 636 and General Order 05-07 of the United States District Court for the Central District of California.

**BACKGROUND**

Plaintiff, a state prisoner, filed a civil rights complaint on May 21, 2009. Plaintiff complained of the alleged conduct of San Bernardino County Sheriff's Deputies and medical staff. Plaintiff named as Defendants "Deputy A. Hernandez," "Deputy Heddin" and "Nurse

1  (name unknown)."  On May 27, 2009, the Court issued an Order Directing
2  Service of Process by the United States Marshal on Defendants "Deputy
3  A. Hernandez" and "Deputy Heddin."
4
5  On July 8, 2009, the Court issued an Order indicating that the
6  Marshals Service had advised the Court that Plaintiff had failed to
7  provide information or documentation necessary to effect service.  The
8  Court ordered Plaintiff to show cause in writing, within thirty days
9  of July 8, 2009, why the action should not be dismissed for failure to
10 prosecute.
11
12 On July 17, 2009, Plaintiff filed a declaration requesting that
13 the action not be dismissed.  However, the declaration did not provide
14 any further information or documentation concerning the identity or
15 whereabouts of the named Defendants.  On July 17, 2009, the Court
16 ordered that Plaintiff provide the United States Marshals Service
17 forthwith with the information and documentation necessary to effect
18 service.
19
20 As of October, 2009, the United States Marshals Service
21 reportedly still had been unable to serve the named Defendants.
22 County Counsel for the County of San Bernardino has advised the
23 Marshals Service that the County of San Bernardino Sheriff's
24 Department does not have any personnel by the name of "A. Hernandez"
25 or "Heddin."
26
27 On October 9, 2009, the Court ordered that Plaintiff show cause,
28 if there be any, why this action should not be dismissed, given the

1 apparent inability to serve the Summons and Complaint on the named
2 Defendants. The Court required that Plaintiff attempt to show cause
3 within thirty days of October 9, 2009. The Court cautioned that
4 "[f]ailure timely to comply with this order may be deemed consent to
5 the dismissal of this action."

7 As of the date of this Report and Recommendation, Plaintiff has
8 not filed any response to the October 9, 2009 Order. As of this date,
9 no proofs of service indicating service of the Summons and Complaint
10 on any Defendant have been filed, and no Defendant has appeared in the
11 action.

### DISCUSSION

15 Under Rule 4(m) of the Federal Rules of Civil Procedure, the
16 Court may dismiss an action without prejudice if the summons and
17 complaint are not served on the defendant within 120 days after filing
18 the complaint or within the time specified by the Court. Efaw v.
19 Williams, 473 F.3d 1038, 1041 (9th Cir. 2007). A district court also
20 has inherent discretion to dismiss an action for failure to prosecute
21 and failure to obey a court order. See Link v. Wabash R.R., 370 U.S.
22 626, 629-30 (1962); Pagtalunan v. Galaza, 291 F.3d 639, 642-43 (9th
23 Cir. 2002), cert. denied, 538 U.S. 909 (2003).

25 Despite having been warned of the consequence of dismissal,
26 Plaintiff has failed to provide the Marshals Service with the
27 information and documentation necessary to effect service, and has
28 failed to respond to the Court's Order to Show Cause. "[A]n

incarcerated pro se plaintiff proceeding in forma pauperis is entitled to rely on the U.S. Marshal for service of the summons and complaint, and, having provided the necessary information to help effectuate service, plaintiff should not be penalized by having his or her action dismissed for failure to effect service where the U.S. Marshal or the court clerk has failed to perform the duties required of each of them . . . ." Puett v. Blandford, 912 F.2d 270, 275 (9th Cir. 1990). "Nevertheless, a plaintiff relying upon the U.S. Marshal for service must provide the necessary information and documents to effectuate service." Friday v. United States Dep't of Justice, 1994 WL 48956 *1 (D. Or. Feb. 7, 1994) (citations omitted). In the present case, although the Marshal has attempted to perform his duties, Plaintiff has not provided the Marshal with the necessary information to effectuate service, and, additionally, has failed to respond to the Order to Show Cause. Consequently, this action should be dismissed without prejudice.

**RECOMMENDATION**

For the foregoing reasons, IT IS RECOMMENDED that the Court issue an Order: (1) approving and adopting this Report and Recommendation; and (2) dismissing the action without prejudice.

DATED: November 19, 2009.

_____/s/_____
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

**NOTICE**

Reports and Recommendations are not appealable to the Court of Appeals, but may be subject to the right of any party to file objections as provided in the Local Rules Governing the Duties of Magistrate Judges and review by the District Judge whose initials appear in the docket number. No notice of appeal pursuant to the Federal Rules of Appellate Procedure should be filed until entry of the judgment of the District Court.