FILED
CLERK, U.S. DISTRICT COURT

JAN 1 4 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARRIN STACY JONES, | NO. ED CV 09-944-JHN(E) |
| Plaintiff, | |
| v. | JUDGMENT |
| DEPUTY A. HERNANDEZ, et al., | |
| Defendants. | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: _____1/13/10_____.


_____
JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE